UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| EDGAR MURILLO-CHAVEZ,<br><br>                    Plaintiff,<br><br>     v.<br><br>MERRICK B. GARLAND et al.,<br><br>                    Defendants. | CASE NO.  2:22-cv-0303-LK<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

This matter comes before the Court on the Report and Recommendation of United States Magistrate Judge Michelle L. Peterson. Dkt. No. 13. Judge Peterson recommends that the Court grant the Government's motion to dismiss, Dkt. No. 10, and deny Mr. Murillo-Chavez's petition for a writ of habeas corpus, Dkt. No. 6. *See* Dkt. No. 13 at 14. Mr. Murillo-Chavez is currently detained by U.S. Immigration and Customs Enforcement at the Northwest ICE Processing Center in Tacoma, Washington and filed a petition for a writ of habeas corpus under 28 U.S.C. § 2241 seeking to obtain release from detention or a bond hearing. Dkt. No. 6.

Judge Peterson signed and issued the Report and Recommendation on August 30, 2022. Dkt. No. 13 at 14. She informed the parties that any objections to the Report and Recommendation

had to be filed "within twenty-one (21) days of the date on which this Report and Recommendation is signed" and that "[f]ailure to file objections within the specified time may affect your right to appeal." *Id.* (emphasis omitted). No party filed objections. The Court reviews findings and recommendations "*if objection is made*, but not otherwise." *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) (emphasis in original). No objections having been filed, the Court hereby orders as follows:

    (1) The Report and Recommendation, Dkt. No. 13, is ADOPTED.

    (2) The Government's motion to dismiss, Dkt. No. 10, is GRANTED, Mr. Murillo-Chavez's petition for writ of habeas corpus, Dkt. No. 6, is DENIED, and this action is DISMISSED with prejudice.

The Clerk is directed to send uncertified copies of this Order to Mr. Murillo-Chavez at his last known address and to the Honorable Michelle L. Peterson.

Dated this 31st day of October, 2022.

*Lauren King*
Lauren King
United States District Judge